B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Robert J Johnson
Kim R Johnson
_____
Debtor(s)

Case No. _____

Chapter    13

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 281.00 in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _____70.25_____ Check one    ■  With the filing of the petition, or
                                       ☐  On or before    _____

    $ _____70.25_____ on or before    12/06/13

    $ _____70.25_____ on or before    1/06/14

    $ _____70.25_____ on or before    2/06/14

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition.  Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date    November 5, 2013
_____

/s/ JEFFRY A. DAHLBERG
_____
Attorney for Debtor(s)
JEFFRY A. DAHLBERG
Balsley & Dahlberg
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593
Fax: (815) 877-7965
www.balsleylawoffice.com

Signature    /s/ Robert J Johnson
_____
Robert J Johnson
Debtor

Signature    /s/ Kim R Johnson
_____
Kim R Johnson
Joint Debtor